HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. HARTER, #179741
Assistant Federal Defender
Designated Counsel for Service
801 "I" Street, 3rd Floor
Sacramento, CA 95814

Attorney for Defendant
DESIREE STACEY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 13-MJ-00316-KJN |
| Plaintiff, | STIPULATION AND ORDER TO VACATE BENCH TRIAL AND SET FOR CHANGE OF PLEA |
| v. | |
| DESIREE STACEY, | DATE: December 9, 2013 |
| | TIME: 9:00 a.m. |
| Defendant. | JUDGE: Hon. Kendall J. Newman |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Special Assistant United States Attorney MICHAEL STANLEY and Chief Assistant Federal Defender LINDA C. HARTER, attorney for DESIREE STACEY, that the Court vacates the

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

-1-

bench trial set for December 9, 2013 at 9:00 a.m., and this case be set for a change of plea on December 9, 2013 at 9:00 a.m.

Dated: November 25, 2013         Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Harter*
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
DESIREE STACEY

Dated: November 25, 2013         BENJAMIN B. WAGNER
United States Attorney

*/s/ Linda C. Harter for*
MICHAEL STANLEY
Special Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: November 26, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE